IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 08-cv-00858-WYD-KMT | FTR |
| Date: April 30, 2008 | Debra Brown, Deputy Clerk |
| GREAT WEST LIFE & ANNUITY INSURANCE COMPANY | Darin James Lang |
| Plaintiff. | |
| v. | |
| LILLY PLUMBER-WILLIAMS | Steven A. Wisch |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in Session: 9:00 a.m.**

Court calls case. Appearances of counsel.

Discussion regarding [1] MOTION for Protective Order and to Quash Defendant's Notice of Deposition and Subpoena Duces Tecum by Plaintiff.

Arguments made by Plaintiff's Counsel.

Discussion by the Court and request for clarifications regarding the dates of coverage, the transfer of coverage and by whom.

Rebuttal by Defendant's Counsel.

**ORDERED:** [1] MOTION for Protective Order and to Quash Defendant's Notice of Deposition and Subpoena Duces Tecum by Plaintiff is **GRANTED** and the Supoena Duces Tecum is **QUASHED** as to production requests numbers 7 and 8.

**ORDERED:** The Clerk's office is directed to administratively **close this case.**

**Court in recess: 9:18 a.m**
Total In-Court Time 0:18; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.